UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADM INTERNATIONAL SARL | CIVIL ACTION NO.: 2:18-cv-03466 c/w 18-8750 & 19-2451 |
| VERSUS | APPLIES TO: ALL CASES |
| RIVER VENTURES, L.L.C., ASSOCIATED MARINE EQUIPMENT, L.L.C., and MARQUETTE TRANSPORTATION COMPANY, LLC | SECTION: L  DIVISION: 4 |
| | JUDGE: FALLON |
| | MAGISTRATE: ROBY |

### SATISFACTION OF JUDGMENT AS TO CHAD GANT

NOW INTO COURT comes Chad Gant who stipulates that the Judgment entered in the above-captioned matter in his favor has now been fully paid and satisfied.

Respectfully submitted,

St. Martin & Bourque

_____
Charles Bourque
Christopher J. St. Martin
Joseph G. Jevic III
315 Barrow St.
Houma, Louisiana 70360
Tel: 985.876.3891
Fax: 985.851.2219
cbourque@stmblaw.com
cstmartin@stmblaw.com
jjevic@stmblaw.com

Attorneys for Chad Gant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADM INTERNATIONAL SARL,<br>Plaintiff | * | CIVIL ACTION NO.: 2:18-CV-3466-L(4)<br>c/w 18-8750 & 19-2451 |
| VERSUS | * | JUDGE: Eldon E. Fallon |
| RIVER VENTURES, L.L.C.,<br>ASSOCIATED MARINE EQUIPMENT,<br>L.L.C., AND MARQUETTE<br>TRANSPORTATION COMPANY, L.L.C.,<br>Defendants | * | MAG. JUDGE: Karen Wells Roby<br><br>Applies ALL CASES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CHAD GANT'S SATISFACTION OF JUDGMENT AS TO RIVER VENTURES

NOW INTO COURT, through undersigned counsel, comes judgment creditor, Chad Gant, who stipulates that the Judgment (Rec. Doc. 134) rendered against judgment debtor, River Ventures, L.L.C. ("River Ventures"), has been paid in full and satisfied. Accordingly, the Clerk of this Honorable Court is requested to cancel said judgment as to Mr. Gant and River Ventures.

Respectfully submitted,

ST. MARTIN & BOURQUE

Christopher J. St. Martin (#26122)
Joseph G. Jevic III (#23145)
315 Barrow St.
Houma, Louisiana 70360
Tel: 985.876.3891 | Fax: 985.851.2219
Email: cstmartin@stmblaw.com
Email: jjevic@stmblaw.com
*Attorneys for Chad Gant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 16 day of March, 2020, I electronically filed the foregoing with the Clerk of Court and a copy by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.